IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Civil__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 2 2 2023
CLERK, U.S. DISTRICT COURT
By _____ Deputy

__Caesar Javier Garcia 0710889__
Plaintiff's Name and ID Number

__Green bay jail__
Place of Confinement

CASE NO. __4-23CV-190-P__
(Clerk will assign the number)

v.

__Joel Jerome Tucker__
Defendant's Name and Address

__~~Cash~~ ~~Cash~~ Ideal Financial Solutions Inc__
Defendant's Name and Address

__SQ Capital LLC__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

II. PLACE OF PRESENT CONFINEMENT: _____

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ___YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ~~Deborrome Walker~~

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Joel Jerome Tucker
Southern District of New York

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Set up pay day loans fraudulently

Defendant #2: ~~Motastcash~~ Ideal Financial Solutions Inc.
Online

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Aggravated Identity Theft

Defendant #3: SQ Capital LLC
Southern District New York

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Set up pay day loans

Defendant #4: Tarrant County Jail Cpl Geveu #77487
100 N. Lamar Fort Worth Texas 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Engaged in organized crime and forgery of indictments

Defendant #5: HpD LLC

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Fraud

3

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition:_____

2

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Corporal's Geveu #77487 #16974 #6670 officers have been using inmate Identities to write false statements and open bank accounts with financial institutions, and file insurance claims, officers use their position of authority to forge and falsify charging instruments labeled indictments, Manipulating the judicial system, and facilitating organized criminal activity resulting in injury, death, or false imprisonment.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Full Federal Inquiry
$1.3 billion civil penalty

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ✓NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 02-14-2023
            DATE

_Caesar S. Garcia_
_C.P.G_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___14___ day of _February_, 20 _23_.
         (Day)              (month)          (year)

_Caesar S. Garcia_
_C.P.G_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Cause No. _____

| | |
|---|---|
| THE STATE OF TEXAS | IN THE _____ |
| V. | DISTRICT COURT OF |
| _____ | _____ COUNTY, TEXAS |

## AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF _Caesar J. Garcia_
[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared _Caesar J. Garcia_ who swore or affirmed to tell the
[PRINT the first and last names of the person who will sign this statement]

truth, and stated as follows:
"My name is _Caesar J. Garcia_.
I am of sound mind and capable of making this sworn statement. I am not making this statement under duress nor am I being forced or coerced in any way. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

Joel Jerome Tucker, SQ Capital LLC, JT Holdings Inc. and HPD LLC sold lists of fake payday loans debts naming millions of customers/consumers, which debt collectors then used to demand payment. The list had extensive personal information including social security and bank account numbers. Many people were harassed for debts they did not owe, and some were persuaded to pay the fake debts. Several of the sold lists claimed that the phony loans came from a made up lender Castle Peak or from an online loan provider known as 500 Fast Cash. To add credibility to the fake 500 Fast Cash payday loan, vendor who marked loans under 500 Fast cash brand. Joel Tucker invoked the name of his brother, Scott A. Tucker. In a previous FTC case in October 2016 Scott Tucker was ordered to pay $1.3 billion for decieving customers/consumers and illegally charging them undisclosed and inflated fees. He was recently found guilty of related charges in the Southern District of New York. The defendants sold phony debt portfolios. It also bans bans them from misrepresenting material facts

1

about debts portfolios. It also bans them from handling sensitive debt information, including bank account numbers, or social security numbers.

The Federal Trade commission works to promote competition, and protect and educate consumers.

According to the FTC's complaint, the data broker enterprise bought loan applications from the operators of payday loan websites, and got others directly from consumers via there own payday loan websites. Instead of passing those applications to legitamate payday lenders, the defendants sold the information to companies like Ideal Financial Solutions Inc which purchased the financial account information for more than 500,000 consumers from the defendants and raided their accounts for at least $7.1 million, as a result, some consumers had to close their accounts or were charged fees for insuficient funds.

DATE: 02-14-2023
SIGNATURE: ___

STATE OF TEXAS
COUNTY OF _____

SWORN AND SUBSCRIBED before me, the undersigned authority, on the _____ day of _____, _____ year by _____
[PRINT the first and last names of the person signing the affidavit]

_____
[Notary Public, State of Texas]

2

C. Garcia 02708889
100 W. Lamar
Fort Worth TX 76196



RECEIVED
FEB 22 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76102-364185

Legal



NORTH TEXAS TX P&DC
DALLAS TX 750
16 FEB 2023 PM 8  L

501 W. 10th Rm #310
Fort Worth TX



